## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KATHERINE HUTTON** | : | **CIVIL ACTION NO. 2:23-cv-01156** |
| | : | |
| | : | |
| **VS.** | : | **JUDGE** _____ |
| | : | |
| **DOVER BAY SPECIALTY INSURANCE** | : | **MAGISTRATE JUDGE**_____ |
| **COMPANY** | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## COMPLAINT

Plaintiff, Katherine Hutton, through her undersigned attorneys, allege as follows:

## NATURE OF ACTION

1.

This is an action by Katherine Hutton for damages against her homeowner's insurance company, Dover Bay Specialty Insurance Company, for its failure to pay the full sums owed under its insurance policy resulting from damages to her home caused by Hurricane Ida.

## JURISDICTION AND VENUE

2.

This Court has subject matter jurisdiction under 28 U.S.C. § 1332(a), because the matter in controversy exceeds $75,000.00 and the case is between citizens of different states. Plaintiff, Katherine Hutton, is a citizen of the State of Louisiana. Defendant, Dover Bay Specialty Insurance Company, is a foreign insurance company domiciled in the State of Illinois. The unpaid losses due under Defendant's insurance policy, plus penalties, attorney's fees, costs, and expenses on top of those unpaid losses owed exceed the sum of $75,000.00, and Plaintiff also seeks penalties, attorney's fees, costs, and expenses on top of those unpaid losses pursuant to La. R.S. 22:1892 and La. R.S. 22:1973.

3.

Venue is proper in this District and Division under 28 U.S.C. §1391(b)(2), because all or a substantial part of the events or omissions giving rise to the claim occurred in this District and Division also a substantial part of the property that is the subject of this action is situated in this District and Division.

## THE PARTIES

4.

Plaintiff, Katherine Hutton, is an adult resident of New Orleans, Louisiana.

5.

Defendant, Dover Bay Specialty Insurance Company, is a foreign insurance company domiciled in the State of Illinois and can be served with this Complaint through its agent for service of process, the Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana 70809.

## FACTUAL ALLEGATIONS

6.

On the evening of August 29, 2021, Hurricane Ida made landfall near Port Fourchon, Louisiana, as a strong Category 4 hurricane with sustained winds of 150 miles per hour.

7.

After making landfall, Hurricane Ida traveled north and hit Orleans Parish, Louisiana, with hurricane-force sustained winds exceeding 100 miles per hour.

8.

At the time of Hurricane Ida, Katherine Hutton was the owner of the home and property

located at 2521 South Galvez Street, New Orleans, Louisiana, 70125 ("the home").

9.

As a result of Hurricane Ida, the home sustained extensive damage to the dwelling. The contents and other structures of the home also sustained damages.

10.

At the time these damages were sustained due to Hurricane Ida, Katherine Hutton had in full force and effect a policy of insurance with Dover Bay Specialty Insurance Company providing coverage for all losses sustained by Katherine Hutton to the home, other structures, and contents, as well as for debris removal, code upgrades, and loss of use.

11.

Following Hurricane Ida, Katherine Hutton reported her losses to Dover Bay Specialty Insurance Company and made claims for payment of those losses.

12.

On September 17, 2021, an adjuster retained and/or employed by Dover Bay Specialty Insurance Company inspected the home. The adjuster was provided with full access to the home and had a full opportunity to inspect the home, its contents, and other structures to fully determine Plaintiff's losses caused by Hurricane Ida without any limitations.

13.

The payments made to date by Dover Bay Specialty Insurance Company to Katherine Hutton are inadequate to cover the costs to repair to the damages to the home and its other structures, which damages were clearly visible to the adjuster retained and/or employed by Dover Bay Specialty Insurance Company at the time of the adjuster's inspection. The damages to the home, its other structures, contents, and the loss of use of their home greatly exceed the amounts estimated and paid by Dover Bay Specialty Insurance Company.

14.

Because of Dover Bay Specialty Insurance Company's failure to adequately tender payments for damages caused by Hurricane Ida, Katherine Hutton has not been able to substantially conduct repairs to her home and compensate her the loss of use of her home, causing her mental anguish.

## CAUSES OF ACTION AND DAMAGES

### A. THE INSURANCE POLICY

15.

Katherine Hutton reiterates and incorporates by reference all allegations in Paragraphs 1-14 above.

16.

The damages to the home caused by Hurricane Ida exceeds the amounts estimated and paid by Dover Bay Specialty Insurance Company.

17.

Katherine Hutton is entitled to recover from Dover Bay Specialty Insurance Company the full cost of repairs of the home and other structures, less the inadequate payments made to date by Dover Bay Specialty Insurance Company, in accordance with the insurance coverages they purchased from Dover Bay Specialty Insurance Company.

18.

Katherine Hutton is also entitled to recover for unpaid and/or underpaid contents, additional living expenses, and debris removal in accordance with the insurance coverages she purchased from Dover Bay Specialty Insurance Company.

19.

Katherine Hutton is entitled to recover from Dover Bay Specialty Insurance Company for the full losses she suffered due to Hurricane Ida under each of the insurance coverages she purchased from Dover Bay Specialty Insurance Company.

## B.  PENALTIES  AND  ATTORNEY'S  FEES

20.

Katherine Hutton reiterates and incorporates by reference all allegations in Paragraphs 1-19 above.

21.

Pursuant to Louisiana Revised Statute 22:1892, Dover Bay Specialty Insurance Company was required to unconditionally tender payment to Katherine Hutton for the losses not reasonably subject to dispute caused by Hurricane Ida within 30 days of Dover Bay Specialty Insurance Company's receipt of satisfactory proof of loss when its adjusters inspected the home. Dover Bay Specialty Insurance Company failed to do so.

22.

La. R.S. 22:1892 further required Dover Bay Specialty Insurance Company to re-evaluate Ms. Hutton's claim and to tender additional unconditional payments to her each time Dover Bay Specialty Insurance Company received additional information concerning the losses sustained by her due to Hurricane Ida. Dover Bay Specialty Insurance Company failed to do so.

23.

Pursuant to La. R.S. 22:1892, Dover Bay Specialty Insurance Company is liable to Katherine Hutton for a penalty of 50%, in addition to the amount of the loss, on the amount

due from Dover Bay Specialty Insurance Company, as well as reasonable attorney's fees and costs, for Dover Bay Specialty Insurance Company's failure to unconditionally tender the amounts owed to her within 30 days after receipt of satisfactory proof of loss and because that failure was arbitrary, capricious or without probable cause.

24.

Pursuant to La. R.S. 22:1973A, Dover Bay Specialty Insurance Company is additionally liable to Katherine Hutton for actual damages, including but not limited to mental anguish, aggravation, and inconvenience, for Dover Bay Specialty Insurance Company's misrepresentations of pertinent facts concerning the amounts owed, its coverages, and its insurance policy provisions, as well as for failing to unconditionally tender the amounts owed to her within 60 days after receipt of satisfactory proof of loss and because that failure was arbitrary, capricious or without probable cause.

25.

Pursuant to La. R.S. 22:1973C, in addition to actual damages for its breaches of the statute, Dover Bay Specialty Insurance Company is additionally liable to Katherine Hutton for a penalty of the up to two times the actual damages she sustained or five thousand dollars, whichever is greater.

**REQUEST FOR RELIEF**

26.

WHEREFORE, Plaintiff, Katherine Hutton, prays that, after due proceedings are had, that there be a judgment rendered herein in Plaintiff's favor and against defendant, Dover Bay Specialty Insurance Company, for the full amounts due under the terms of the coverages provided by defendant's insurance policy, for actual damages, penalties, attorney's fees, costs,

and expenses, and for such other damages as would reasonably and justly compensate Plaintiff in accordance with the rules of law, plus interest to the fullest extent allowed by law, all court costs, and for any and all other general and equitable relief that may be appropriate.

Respectfully submitted,

**THE TOWNSLEY LAW FIRM**

BY:  _/s/ Hannah E. Mayeaux_
       **HANNAH E. MAYEAUX, La. Bar Roll #39275**
       **DAVID H. HANCHEY, La. Bar Roll #19927**
       3102 Enterprise Boulevard
       Lake Charles, Louisiana 70601
       TelephoneJean337) 478-1400
       Facsimile: (337) 478-1577
       Email: hannah@townsleylawfirm.com
             david@townsleylawfirm.com

       _ATTORNEYS FOR PLAINTIFF, KATHERINE HUTTON_

**PLEASE SERVE DEFENDANT:**
DOVER BAY SPECIALTY INSURANCE COMPANY
Through its Agent for Service:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809